### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Urbano R. Soria                                                    CHAPTER 7
       Brandy L. Soria
           Debtor(s)                                              BKY. NO. 20-10485 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/Brian C. Nicholas, Esquire**
                      Brian C. Nicholas, Esquire
                      Attorney I.D. No. 317240
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      bnicholas@kmllawgroup.com