Certificate Number: 16339-PAW-DE-034831412

Bankruptcy Case Number: 20-10485



16339-PAW-DE-034831412

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>August 31, 2020</u>, at <u>3:27</u> o'clock <u>PM EDT</u>, <u>Brandy Soria</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:    <u>August 31, 2020</u>    By:    <u>/s/Kelley Tipton</u>

Name:    <u>Kelley Tipton</u>

Title:    <u>Certified Financial Counselor</u>