IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO.  20-10485 |
| URBANO R. SORIA and ) | |
| BRANDY L. SORIA, ) | |
| ) | CHAPTER 7 |
| Debtors. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on July 21, 2020, Doc. No. 11, Amended Schedule F filed on October 29, 2020, Doc. No. 21, and the Order of Court dated October 30, 2020, Doc. No. 23, were served as follows:

By electronic mail of the 341 Notice on July 21, 2020, Amended Schedule F on October 29, 2020, and the Order of Court on October 30, 2020, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail of the 341 Notice, Amended Schedule F and the Order of Court on October 30, 2020, addressed as follows:

Steward Medical Group, Inc.
P.O. Box 14099
Belfast, ME 04915

Dated: October 30, 2020         /s/ Glenn R. Bartifay
                                GLENN R. BARTIFAY, ESQUIRE
                                Pa. Id. No. 68763
                                Attorney for Debtors

                                BARTIFAY LAW OFFICES, P.C.
                                2009 Mackenzie Way, Suite 100
                                Cranberry Township, PA 16066
                                (412) 824-4011
                                gbartifay@bartifaylaw.com