| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Urbano R. Soria** | Social Security number or ITIN | xxx–xx–3133 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brandy L. Soria** | Social Security number or ITIN | xxx–xx–5072 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 20–10485–TPA | | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Urbano R. Soria                                                                 Brandy L. Soria

<u>11/19/20</u>                                        **By the court:**   <u>Thomas P. Agresti</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Urbano R. Soria  
Brandy L. Soria  
    Debtor(s)

Case No. 20-10485-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: nsha      Page 1 of 3  
Date Rcvd: Nov 19, 2020      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Urbano R. Soria, 7 S. Diamond St., Greenville, PA 16125-2303 |
| jdb | + | Brandy L. Soria, 35 Donation Rd., Greenville, PA 16125-1425 |
| 15266959 | + | Armida Lara, 45 East Camille Dr., Flagstaff, AZ 86005-8327 |
| 15266963 | | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15266964 | + | Flagstaff Famil, 120 S. Beaver Street, Flagstaff, AZ 86001-5602 |
| 15266965 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 15266967 | + | Jesus Angel Soria, 45 East Camille Dr., Flagstaff, AZ 86005-8327 |
| 15266968 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 15266969 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15266972 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15266973 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15266971 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15266974 | + | Sharon Regional Medical Center, P.O. Box 2587, Stafford, TX 77497-2587 |
| 15266975 | + | Steward Anes Phys of Penn, P.O. Box 412538, Boston, MA 02241-2538 |
| 15305055 | + | Steward Medical Group, Inc., P.O. Box 14099, Belfast, ME 04915-4034 |
| 15266978 | + | Syncb/walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15266980 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 20 2020 05:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15266960 | + | EDI: CAPITALONE.COM | Nov 20 2020 05:38:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15266962 | + | EDI: CITICORP.COM | Nov 20 2020 05:38:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15266966 | + | EDI: IIC9.COM | Nov 20 2020 05:38:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15266970 | + | EDI: AGFINANCE.COM | Nov 20 2020 05:38:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15266972 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2020 03:53:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |

Case 20-10485-TPA    Doc 27    Filed 11/21/20    Entered 11/22/20 00:32:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15266973 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2020 03:53:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15266976 | + | EDI: RMSC.COM | Nov 20 2020 05:38:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15266977 | + | EDI: RMSC.COM | Nov 20 2020 05:38:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15267082 | + | EDI: RMSC.COM | Nov 20 2020 05:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15266979 | + | EDI: CITICORP.COM | Nov 20 2020 05:38:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15266981 | + | EDI: CITICORP.COM | Nov 20 2020 05:38:00 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15266982 | + | EDI: WFFC.COM | Nov 20 2020 05:38:00 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15266961 | *+ | Capital One Bank Usa N, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Brandy L. Soria gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Debtor Urbano R. Soria gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Certificate of Notice    Page 5 of 5

District/off: 0315-1 User: nsha Page 3 of 3
Date Rcvd: Nov 19, 2020 Form ID: 318 Total Noticed: 30

Tamera Ochs Rothschild
    trothschild@gmx.com pa70@ecfcbis.com

TOTAL: 5